Brian A. Howie (026021)
brian.howie@quarles.com
**QUARLES & BRADY LLP**
Firm State Bar No. 00443100
One Renaissance Square
Two N. Central Ave.
Phoenix, AZ  85004-2391
Telephone:  (602) 229-5200

Alex M. Weingarten* (CA 204410)
amweingarten@venable.com
Celeste M. Brecht* (CA 238604)
cmbrecht@venable.com
Jeffrey K. Logan* (CA 136962)
jklogan@venable.com
Steven E. Swaney* (CA 221437)
seswaney@venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900

*Attorneys for Plaintiffs*
Xponential Fitness, LLC, AKT Fitness, LLC,
Club Pilates Franchise, LLC,
CycleBar Franchising, LLC, PB Franchising,
LLC, Row House Franchise, LLC,
Stretch Lab Franchise, LLC and Yoga Six
Franchise, LLC

*\*Pro Hac Vice Forthcoming*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xponential Fitness, LLC, a Delaware limited liability company; AKT Franchise, LLC, a Delaware limited liability company; Club Pilates Franchise, LLC, a Delaware limited liability company; Cyclebar Franchising, LLC, an Ohio limited liability company; PB Franchising, LLC, a Delaware limited liability company; Row House Franchise, LLC, a Delaware limited liability company; Stretch Lab Franchise, LLC, a Delaware limited | Case No.: <br><br> **CORPORATE DISCLOSURE FOR PB FRANCHISING, LLC** |

|   |   |
|---|---|
| 1 | liability company; Yoga Six Franchise, LLC, a Delaware limited liability company, |
| 2 |   |
| 3 | Plaintiffs,<br>vs. |
| 4 |   |
| 5 | The State of Arizona and Douglas A Ducey, Governor of the State of Arizona, in his official capacity, |
| 6 |   |
| 7 | Defendants. |

8   This Corporate Disclosure Statement is filed on behalf of PB Franchising, LLC, in
9   compliance with the provisions of:

10   __X__  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate
11   party to an action in a district court must file a statement that identifies any
12   parent corporation and any publicly held corporation that owns 10% or
13   more of its stock or state that there is no such corporation.

14   _____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental
15   corporate party to a proceeding in a district court must file a statement that
16   identifies any parent corporation and any publicly held corporation that
17   owns 10% or more of its stock or states that there is no such corporation.

18   _____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational
19   victim of alleged criminal activity is a corporation the government must file
20   a statement identifying the victim and the statement must also disclose the
21   information required by Rule 12.4(a)(1).

22   The filing party hereby declares as follows:
23   _____  No such corporation.
24   _____  Party is a parent, subsidiary or other affiliate of a publicly owned
25   corporation as listed below.
26

QB\63797332.1

\_\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

  X   Other (please explain)

Xponential Fitness, LLC, is the parent corporation of PB Franchising, LLC.

RESPECTFULLY SUBMITTED this 1st day of July, 2020.

**QUARLES & BRADY LLP**
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By */s/ Brian A. Howie*
      Brian A. Howie

Alex M. Weingarten* (CA 204410)
amweingarten@venable.com
Celeste M. Brecht* (CA 238604)
cmbrecht@venable.com
Jeffrey K. Logan* (CA 136962)
jklogan@venable.com
Steven E. Swaney* (CA 221437)
seswaney@venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA  90067

*Attorneys for Plaintiffs*
Xponential Fitness, LLC, AKT Fitness, LLC, Club Pilates Franchise, LLC, CycleBar Franchising, LLC, PB Franchising, LLC, Row House Franchise, LLC, Stretch Lab Franchise, LLC and Yoga Six Franchise, LLC

*\*Pro Hac Vice Forthcoming*

QB\63797332.1