MARK BRNOVICH
ATTORNEY GENERAL
Brunn (Beau) W. Roysden III, 028698
   *Assistant Attorney General*
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-8958
beau.roysden@azag.gov

*Attorneys for the State of Arizona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xponential Fitness, LLC, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>The State of Arizona and Douglas A. Ducey, Governor of the State of Arizona, in his official capacity,<br><br>    Defendants. | No. 2:20-CV-01310-DJH<br><br>**DEFENDANT STATE OF ARIZONA'S RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION (Dkt. 21)** |

    The actions challenged in Plaintiffs' Complaint and Motion for Temporary Restraining Order and Preliminary Injunction are unilateral actions by the Governor of Arizona, who is named as a Defendant in this action and has his own counsel. *See* A.R.S. § 41-192(D)(7).

    Pursuant to Ariz. Rev. Stat. § 41-193(A)(3), the Arizona Attorney General through the Department of Law represents the State in federal court. Under that authority, undersigned counsel makes this filing solely on behalf of Defendant State of Arizona.[1]

---

[1] The Arizona Attorney General was not consulted on the drafting of the executive orders at issue and therefore takes no position on the underlying merits of the Plaintiffs' claims other than to note that the Plaintiffs raise serious issues of first impression involving executive authority in an emergency that deserve close and careful consideration by the Court.

No relief should run against the State of Arizona in connection with Plaintiffs' Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Dkt. 21) because, as set forth in the concurrently filed Motion to Dismiss by the State of Arizona, the State has immunity from this action under the Eleventh Amendment and must be dismissed from this case.

RESPECTFULLY SUBMITTED this 8th day of July, 2020.

MARK BRNOVICH
ATTORNEY GENERAL

By  s/ Brunn (Beau) W. Roysden III
Brunn (Beau) W. Roysden III
*Assistant Attorney General*
2005 North Central Avenue
Phoenix, AZ 85004

*Attorneys for the State of Arizona*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF system for filing and distribution to counsel for all parties.

DATED this 8th day of July , 2020

/s/ Brunn W. Roysden III