Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
Michael A. Calvanico (#034884)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
cahler@swlaw.com
dflint@swlaw.com
mcalvanico@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

*Attorneys for Defendant Douglas A. Ducey, Governor of the State of Arizona*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Xponential Fitness LLC, et al.

Plaintiffs,

vs.

The State of Arizona and Douglas A. Ducey, Governor of the State of Arizona, in his official capacity,

Defendants.

No. 2:20-cv-01310-DJH

**MOTION FOR JUDICIAL NOTICE AND MEMORANDUM IN SUPPORT**

Assigned to: Hon. Diane J. Humetewa

In accordance with Federal Rule of Evidence 201, Defendant Douglas A. Ducey, Governor of the State of Arizona, moves that the Court take judicial notice of certain facts and publicly available documents, as set forth in the following supporting memorandum.

## I. **Introduction**

Federal Rule of Evidence 201(b) provides that a court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Rule 201(c)(2) further provides that the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." "The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d).

In accordance with Rule 201(b), Governor Ducey seeks judicial notice of facts and public documents, the accuracy of which cannot reasonably be questioned, and all of which are relevant to Plaintiffs' challenges to Governor Ducey's EO 2020-43 concerning the 2019 novel Coronavirus ("COVID-19") pandemic. These facts and records generally fall into three categories:

1. Statistics from the federal Centers for Disease Control and Prevention ("CDC") and the Arizona Department of Health Services ("ADHS") on the reported number of cases, deaths, hospitalizations, ventilator use, and other similar data about COVID-19.

2. Public statements regarding COVID-19 from the United Nations World Health Organization ("WHO") or the federal government. The federal government statements are from President Donald Trump, the CDC, or the United States Department of Health and Human Services ("HHS"), and generally involve emergency declarations, public guidance, or statements regarding the transmission of COVID-19.

3. Public statements and guidance regarding COVID-19 from Governor Ducey.

## II. **Specific Requests for Judicial Notice of Facts and Public Records**

Governor Ducey requests that this Court take judicial notice of the following facts and related public records, none of which can be reasonably questioned:

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

### A. Publicly-Reported Statistics on COVID-19 Cases and Deaths.

1. As of July 8, 2020, ADHS has reported 108,614 COVID-19 cases with 1,963 deaths in Arizona. *See* Ex. 1 (*Data Dashboard*, Arizona Department of Health Services (July 8, 2020), https://azdhs.gov/preparedness/epidemiology-disease-control/infectious-disease-epidemiology/covid-19/dashboards/index.php). Of these 108,614 positive cases in Arizona, 70,128 of them are from Maricopa County. *Id*.

2. As of July 7, 2020, the CDC reported 2.9 million confirmed cases and more than 130,000 deaths in the United States related to COVID-19. *See* Ex. 2 (*Cases of Coronavirus Disease (COVID-19) in the U.S.*, Centers for Disease Control and Prevention (July 7, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html).

3. As of July 8, 2020, WHO reports more than 11.6 million confirmed cases and 539,000 deaths related to COVID-19 worldwide. *See* Ex. 3 (*WHO Coronavirus Disease (COVID-19) Dashboard,* World Health Organization (July 8, 2020), https://covid19.who.int/).

4. In June 2020, ADHS reported an increase in Arizona's number of positive COVID-19 cases. *See* Ex. 1

5. As of July 8, 2020, 85% of hospital beds and 91% of ICU beds are in use. *Id*.

6. In addition, 50% of Arizona's positive tests and 22% of Arizona's hospitalizations are from individuals between 20-44 years-old. *Id.*

7. As another point of comparison, the U.S. Census Bureau cites that there were 116,708 U.S. military fatal casualties in World War I. *See* Ex. 4 (Reperes, *World War I Casualties*, U.S. Census Bureau 5 (2011), https://www.census.gov/history/pdf/reperes112018.pdf).

### B. Public Statements Regarding COVID-19 from the WHO or the Federal Government.

8. On January 30, 2020, the WHO declared a public health emergency of international concern related to the COVID-19 outbreak. *See* Ex. 5 (*WHO Director-*

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

*General's Statement on IHR Emergency Committee on Novel Coronavirus (2019-nCoV)*, World Health Organization (Jan. 30, 2020), https://www.who.int/dg/speeches/detail/who-director-general-s-statement-on-ihr-emergency-committee-on-novel-coronavirus-(2019-ncov)).

9. On January 31, 2020, HHS declared a Public Health Emergency related to the COVID-19 outbreak. *See* Ex. 6 (*Secretary Azar Declares Public Health Emergency for United States for 2019 Novel Coronavirus*, U.S. Department of Health and Human Services (Jan. 31, 2020), https://www.hhs.gov/about/news/2020/01/31/secretary-azar-declares-public-health-emergency-us-2019-novel-coronavirus.html); Ex. 7 (*Determination that a Public Health Emergency Exists*, U.S. Department of Health and Human Services (Jan. 31, 2020), https://www.phe.gov/emergency/news/healthactions/phe/Pages/2019-nCoV.aspx).

10. On March 11, 2020, the WHO declared the COVID-19 outbreak a pandemic. *See* Ex. 8 (*WHO Director-General's Opening Remarks at the Media Briefing on COVID-19—11 March 2020*, World Health Organization (Mar. 11, 2020), https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020 ("We have therefore made the assessment that COVID-19 can be characterized as a pandemic.")). The WHO reported that at the time, there were more than 118,00 total confirmed COVID-19 cases and 4,291 global deaths. *Id.*

11. On March 13, 2020, President Trump declared a national emergency due to the health implications of the COVID-19 virus. *See* Ex. 9 (*Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*, The White House (Mar. 13, 2020), https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/).

12. On March 15, 2020, CDC issued guidance recommending the cancellation of community-wide gatherings larger than 250 individuals. Ex. 10 (*Get Your Mass Gatherings or Large Community Events Ready: Interim Guidance for Coronavirus Disease 2019 (COVID-19)*, Centers for Disease Control and Prevention (Mar. 15, 2020),

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/mass-gatherings-ready-for-covid-19.html). The guidance also suggested that "gatherings of more than 10 people for organizations that serve higher-risk populations" should be cancelled. *Id.*

13. On March 16, 2020, CDC and President Trump issued updated guidance recommending that individuals avoid social gatherings of more than 10 people and use drive-thru, pickup, or delivery options at restaurants and bars to slow the spread of COVID-19. *See* Ex. 11 (*The President's Coronavirus Guidelines for America: 30 Days to Slow the Spread*, The White House (Mar. 16, 2020), https://www.whitehouse.gov/briefings-statements/coronavirus-guidelines-america/; https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf).

14. The CDC has stated that "**[t]he virus that causes COVID-19 is spreading very easily and sustainably between people**. Information from the ongoing COVID-19 pandemic suggest that this virus is spreading more efficiently than influenza, but not as efficiently as measles, which is highly contagious." Ex. 12 (*Coronavirus Disease 2019 (COVID-19): How COVID-19 Spreads*, Centers for Disease Control and Prevention (Apr. 13, 2020), https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads.html).

15. According to the CDC, "[m]aintaining good social distance (about 6 feet) is very important in preventing the spread of COVID-19." *Id.* (emphasis omitted).

16. On April 15, 2020, the CDC published a factsheet on COVID-19 that states that "COVID-19 is primarily spread from person to person," and a person "can become infected by coming into close contact (about 6 feet or two arm lengths) with a person who has COVID-19." Ex. 13 (*What You Should Know About COVID-19 to Protect Yourself and Others*, Centers for Disease Control and Prevention (Apr. 15, 2020), https://www.cdc.gov/coronavirus/2019-ncov/downloads/2019-ncov-factsheet.pdf).

17. According to the CDC factsheet, "COVID-19 symptoms can range from mild (or no symptoms) to severe illness." *Id.*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

18. According to the CDC factsheet, "[e]veryone is at risk of getting COVID-19." *Id.*

19. On May 15, 2020, the CDC published a Research Letter titled *Cluster of Coronavirus Disease Associated with Fitness Dance Classes, South Korea*. *See* Ex. 14 (Jang, Han & Rhee, *Cluster of Coronavirus Disease Associated with Fitness Dance Classes, South Korea*, CDC (May 15, 2020), https://wwwnc.cdc.gov/eid/article/26/8/20-0633_article.) The article concluded that "the moist, warm atmosphere in fitness facilities, coupled with turbulent air flow generated by intense physical exercise, can cause more dense transmission of isolated respiratory droplets." *Id.* Moreover, "[b]ecause of the increased possibility of infection through droplets, vigorous exercise in closely confined spaces should be avoided during the current outbreak, as should public gatherings, even in small groups." *Id.*

20. The CDC issued updated guidance on June 28, 2020 regarding the use of cloth face coverings. *See* Ex. 15 (*About Cloth Face Coverings*, CDC (June 28, 2020), https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/about-face-coverings.html.) In that guidance, the CDC recommended that "people should wear cloth face coverings in public settings when around people outside of their household, especially when other social distancing measures are difficult to maintain." *Id.*

21. The CDC has also issued guidance for returning to personal and social activities, including returning to gyms. *See* Ex. 16 (*Personal and Social Activities*, CDC (June 15, 2020), https://www.cdc.gov/coronavirus/2019-ncov/daily-life-coping/personal-social-activities.html). This guidance recommends "doing any vigorous-intensity exercise outside when possible and stay at least 6 feet away from other participants, trainers, and clients if unable to wear a face covering." *Id.*

### C. Public Statements Regarding COVID-19 from Governor Ducey.

22. On March 11, 2020, Governor Ducey declared a Public Health Emergency in Arizona. *See Doc.* 22-1 at 2 (*Declaration of Emergency: *COVID-19**, Office of the Governor Doug Ducey (March 11, 2020).



Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

23. On March 19, 2020, Governor Ducey issued EO 2020-09. *See* Doc. 22-1 at 10-12 (*Executive Order 2020-09: Limiting the Operations of Certain Businesses to Slow the Spread of COVID-19*, Office of the Governor Doug Ducey (Mar. 19, 2020).

24. EO 2020-09 ordered bars, movie theaters, indoor gyms and fitness clubs and on-site dining at restaurants close to the public to "protect public health and safety, protect [Arizona's] most vulnerable citizens, and mitigate the strain on our health care providers by slowing the spread of COVID-19." *Id.*

25. EO 2020-09 cited WHO's declaration of a global pandemic, President Trump's emergency declaration, and CDC guidance. *Id.*

26. On May 12, 2020, Governor Ducey issued EO 2020-36. *See* Doc. 22-2 at 2-5 (*Executive Order 2020-36: Stay Healthy, Return Smarter, Return Stronger*, Office of the Governor Doug Ducey (May 12, 2020).

27. EO 2020-36 "institute[s] a 'Stay Health, Return Smarter, Return Stronger' policy that promotes physical distancing, while encouraging social connectedness and allows businesses to gradually and safely open in compliance with federal guidelines as the state continues to mitigate and prevent the spread of COVID-19." *Id.*

28. Further EO 2020-36 expressly rescinded EO 2020-18, 2020-24, and 2020-33. *Id.*

29. In conjunction with EO 2020-36, Governor Ducey released guidance for gyms and fitness providers regarding additional safety precautions to take when reopening. *See* Doc. 22-*2* at 7 (*Guidance for Gyms and Fitness Providers*, Office of the Governor Doug Ducey).

30. On June 29, 2020, Governor Ducey issued updated guidance for Arizonans and businesses, including a slide deck from a public briefing titled "Arizona Together: Stay Healthy. Safer at Home." Ex. 17 (*Video: Governor Ducey Shares COVID-19 Updates: New Actions to Contain Virus*, Office of the Governor Doug Ducey (June 29, 2020), https://azgovernor.gov/governor/news/2020/06/video-governor-ducey-shares-covid-19-updates-new-actions-contain-virus); Ex. 18 (*Arizona Together*, Office of the Governor



Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

Doug Ducey, https://azgovernor.gov/sites/default/files/june_29_slides.pdf (last visited July 6, 2020)).

31. The presentation reflects that a large portion, and sometimes a majority, of positive COVID-19 cases in May and June were in individuals aged 20-44 years old. *See* Ex. 18.

32. The presentation also reflects that the number of positive COVID-19 cases has increased significantly in the month of June. *Id*.

33. Also on June 29, 2020, Governor Ducey issued EO 2020-43. *See* Doc. 22-2 at 13-19 (*Executive Order 2020-43: Pausing of Arizona's Reopening*, Office of the Governor Doug Ducey (June 29, 2020).

34. EO 2020-43 states that "the increased case numbers and hospitalizations also necessitate the need for an increased focus on precautionary measures by both businesses and individuals." *Id.*

35. EO 2020-43 prohibits certain "public events of more than 50 people" and "effective at 8:00 pm on Monday, June 29, 2020, [bars; indoor gyms and fitness clubs or centers; indoor movie theaters; and water parks and tubing operators] shall pause operations until at least July 27, 2020, unless extended." *Id.*

36. Once that period elapses, an affected business "shall complete and submit a form as prescribed by [ADHS] that attests the entity is in compliance with guidance issued by ADHS related to COVID-19 business operations" to "receive authorization to reopen." *Id.*

37. Governor Ducey cited to his reliance on federal and state guidance in issuing EO 2020-43. *Id.*

**D. COVID-19 Related Court Order,**

38. On July 6, 2020, Maricopa County Superior Court Judge Timothy J. Thomason ruled against enjoining the application of E.O. 2020-43. Ex. 19 (Ruling in *Mountainside Fitness v. Ducey*, CV 2020-093916 (Ariz. Super. Ct. July 07, 2020)).

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

### III. Arguments

The facts and public records listed above are all appropriate for judicial notice because they can "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). These facts are also relevant to Plaintiffs' claims in this case.

#### A. Publicly-Reported Statistics on COVID-19 Cases and Deaths(Paragraphs 1-7).

Courts routinely take judicial notice of statistics compiled and released by governmental agencies. *See*, *e.g.*, *United States v. Orozco-Acosta*, 607 F.3d 1156, 1164 n.5 (9th Cir. 2010) (taking judicial notice of statistics compiled by the U.S. Department of Homeland Security and U.S. Department of Justice); *see also United States v. Chester*, 628 F.3d 673, 692 4th Cir. 2010) (Davis, J., concurring) (citing domestic abuse statistics compiled by the CDC).[1] This Court should likewise take judicial notice of the statistics in Paragraphs 1-4, all of which come from reliable government sources. *See In re Abbott*, 954 F.3d 772, 779 (5th Cir. 2020) (citing CDC statistics on COVID-19 cases and deaths).

These statistics are also relevant to an assessment of Plaintiffs' claims. The actual number of COVID-19 cases and deaths directly undermines Plaintiffs' assertions and also shows that Governor Ducey had an urgent need to promote physical distancing practices.

#### B. Public Statements Regarding COVID-19 from the WHO or the Federal Government (Paragraphs 8-21).

Paragraphs 8-21 involve declarations, guidance, and other statements issued by the federal government or the WHO (an agency of the United Nations) on COVID-19 and available on government websites. They are all the proper subject of judicial notice. Courts routinely take judicial notice of government publications because such documents are

[1] *See also Citizens for Responsibility & Ethics in Wash. v. Trump*, 924 F.3d 602, 607 (D.C. Cir. 2019) (taking judicial notice of a record publicly available on the National Archives' website); *Glenn v. B&R Plastics, Inc.*, 326 F. Supp. 3d 1044, 1068 n.7 (D. Idaho 2018) (taking judicial notice of reports and statistics compiled by the CDC); *Victoria Cruises v. Changjiang Cruise Overseas Travel Co.*, 630 F. Supp. 2d 255, 263 n.3 (E.D.N.Y. 2008) ("The Court can take judicial notice of government statistics.").

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

matters of public record that can be easily verified. *See Corrie v. Caterpillar, Inc.*, 503 F.3d 974, 978 n.2 (9th Cir. 2007) (explaining that a court may take judicial notice of a government publication); *see also Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006) (taking judicial notice of public records that "can be accessed at Santa Monica's official website"); *Pickett v. Sheridan Health Care Ctr*., 664 F.3d 632, 648 (7th Cir. 2011) ("We have recognized the authority of a court to take judicial notice of government websites").[2]

Courts have similarly taken judicial notice of WHO publications. *See Marroquin v. Pfizer, Inc.*, 367 F. Supp. 3d 1152, 1167 n.10 (E.D. Cal. 2019) (taking judicial notice of WHO list of essential medicines published on WHO website); *Webb v. Jessamine Cty. Fiscal Ct*., 802 F. Supp. 2d 870, 878 n.3 (E.D. Ky. 2011) (taking judicial notice of data collected and posted online by WHO).

The CDC's statements regarding the spread of COVID-19 and other characteristics relating to the virus are also a proper subject for judicial notice. Courts have taken notice of similar types of statements by the CDC about other diseases or viruses. *See Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) (taking judicial notice of information concerning the transmission of Lyme Disease from the CDC website); *see also Uribe v. Perez*, Case No. 5:17-00558 CJC (ADS), 2020 WL 1318358, at *4 (C.D. Cal. Mar. 3, 2020) (report and recommendation of U.S. Magistrate Judge) (taking judicial notice of information on CDC website regarding spread of norovirus, which "is not subject to dispute because it can be accurately and readily determined from the CDC website"). Further, a

[2] Even if there were any concern about the accuracy of any statements from WHO or the federal government, courts may take judicial notice of the existence of public records without taking notice of the documents for the truth of the matter asserted within. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001), *overruled on other grounds recognized by*, *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1125 (9th Cir. 2002) (reasoning that the court could take judicial notice that certain documents existed and that they purport certain facts, but could not take judicial notice of disputed facts within those documents "for the truth of the facts recited therein" (internal citations and quotations omitted)). This is important here because the fact that WHO and the federal government made statements concerning their understanding of COVID-19 at the time is relevant to whether Governor Ducey had a rational basis for recognizing the emergency situation and issuing executive orders, parallel to and in conjunction with the federal guidance.

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

federal district court recently relied on the CDC website in "tak[ing] judicial notice that, for people of advanced age, with underlying health problems, or both, COVID-19 causes severe medical conditions and has increased lethality." *Basank v. Decker*, —— F. Supp. 3d ——, 2020 WL 1481503, at *3 (S.D.N.Y. 2020).

In a more recent case, this Court took judicial notice of the same or similar public statements by the federal government. *McGhee*, 2020 WL 2309881, at *2-4. The court held that "[b]ecause government publications are matters of public record and can be easily verified, they are proper subjects of judicial notice." *Id*. The court found that "the proposed publications are relevant, not for the truth of what they assert, but for their existence." *Id.*

These references are also relevant to Plaintiffs' claims. They make it more likely than not that Governor Ducey has a rational basis for temporarily closing gyms to protect Arizonans from a public health emergency. Further, they show that COVID-19 is easily spread in a setting such as an indoor gym or fitness center.

**C. Public Statements Regarding COVID-19 from Governor Ducey (Paragraphs 22-37).**

Governor Ducey requests that the Court take judicial notice of Executive Orders 2020-09, 2020-36, and 2020-43, and other official guidance issued in response to the COVID-19 pandemic. As discussed, courts routinely take judicial notice of government publications and websites. *See*, *e.g.*, *Corrie*, 503 F.3d at 978 n.2.

Again, this Court recently took judicial notice of similar executive orders issued in response to the COVID-19 pandemic and their contents. *McGhee v*, 2020 WL 2309881, at *5-7. Notably, Plaintiffs also request this Court take judicial notice of many of the same executive orders and accompanying official guidance.

**D. COVID-19 Related Court Order (Paragraph 38).**

Governor Ducey requests that the Court take judicial notice of Judge Timothy Thomason's ruling in Mountainside Fitness v. Ducey, CV 2020-093916 (July 07, 2020). Federal courts have held that the courts of the United States are bound to take judicial notice of the law of any state, including state constitutions and judicial opinions, without pleading

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

or proof. *See e.g., Schultz v. Tecumseh Products*, 310 F.2d 426 (6th Cir. 1962) (*citing Lamar v. Micou*, 114 U.S. 218, 223 (1885)).

## IV. Conclusion

The facts and public records submitted for judicial notice can all be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). However, in the absence of judicial notice, it may be necessary for state and federal health officials to testify concerning COVID-19, demographic statistics, publicly available emergency declarations, and other facts that cannot be reasonably disputed.[3] This would divert time and resources better spent elsewhere. Accordingly, this Court should grant the motion and take judicial notice of the facts specified in this motion.

DATED this 8th day of July, 2020.

SNELL & WILMER L.L.P.

By: s/ *Brett W. Johnson*

Brett W. Johnson
Colin P. Ahler
Derek C. Flint
Michael A. Calvanico
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Anni L. Foster
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Douglas A. Ducey, Governor of the State of Arizona*

[3] For the reasons discussed in the separately-filed forthcoming Motion to Dismiss by Governor Ducey, this Court could dismiss all of Plaintiffs' claims under Fed. R. Civ. P. 12(b)(6), even if it does not take judicial notice of any facts.



Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which electronically sends a copy of same on to:

Brian A. Howie
**Quarles & Brady LLP**
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Brian.howie@quarles.com
*Attorney for Plaintiffs*

Alex M. Weingarten
Celeste M. Brecht
Jeffrey K. Logan
Steven E. Swaney
**Venable LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
amweingarten@venable.com
cmbrecht@venable.com
jklogan@venable.com
seswaney@venable.com
*Attorneys for Plaintiffs*

s/ Tracy Hobbs