Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
Michael A. Calvanico (#034884)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
        cahler@swlaw.com
        dflint@swlaw.com
        mcalvanico@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

*Attorneys for Defendant Douglas A. Ducey,
Governor of the State of Arizona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xponential Fitness LLC, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Douglas A. Ducey, Governor of the State of Arizona, in his official capacity, et al.,<br><br>Defendants. | No. 2:20-CV-01310-DJH<br><br>**DEFENDANTS SECOND MOTION FOR JUDICIAL NOTICE AND MEMORANDUM IN SUPPORT**<br><br>Assigned to: Hon. Diane J. Humetewa |

In accordance with Federal Rule of Evidence 201, Defendant Douglas A. Ducey, Governor of the State of Arizona, moves that the Court take judicial notice of certain facts and publicly available documents, as set forth in the following supporting memorandum.

## I. Introduction

Federal Rule of Evidence 201(b) provides that a court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Rule 201(c)(2) further provides that the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." "The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d).

In accordance with Rule 201(b), Governor Ducey seeks judicial notice of facts and public documents, the accuracy of which cannot reasonably be questioned, and all of which are relevant to Plaintiffs' challenges to Governor Ducey's EO's 2020-43 and 2020-52 concerning the 2019 novel Coronavirus ("COVID-19") pandemic. These facts and records generally fall into two categories:

1.  Statistics from the federal Centers for Disease Control and Prevention ("CDC") and the Arizona Department of Health Services ("ADHS") on the reported number of cases, deaths, hospitalizations, ventilator use, and other similar data about COVID-19.

2.  Public statements and guidance regarding COVID-19 from Governor Ducey.

## II. Specific Requests for Judicial Notice of Facts and Public Records

Governor Ducey requests that this Court take judicial notice of the following facts and related public records, none of which can be reasonably questioned:

### A. Publicly-Reported Statistics on COVID-19 Cases and Deaths.

1.  As of August 5, 2020, ADHS has reported 182,203 COVID-19 cases with 3,932 deaths in Arizona. *See* Ex. 1 (*Data Dashboard*, Arizona Department of Health Services (August 5, 2020), https://azdhs.gov/preparedness/epidemiology-disease-

control/infectious-disease-epidemiology/covid-19/dashboards/index.php). Of these 182,203 positive cases in Arizona, 123,082 of them are from Maricopa County. *Id*.

2. As of August 5, 2020, the CDC reported 4.7 million confirmed cases and more than 156,000 deaths in the United States related to COVID-19. *See* Ex. 2 (*Cases of Coronavirus Disease (COVID-19) in the U.S.*, Centers for Disease Control and Prevention (August 5, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html).

3. As of August 5, 2020, WHO reports more than 18.3 million confirmed cases and 696,000 deaths related to COVID-19 worldwide. *See* Ex. 3 (*WHO Coronavirus Disease (COVID-19) Dashboard*, World Health Organization (August 5, 2020), https://covid19.who.int/).

4. As of August 5, 2020, 81% of Arizona hospital beds and 82% of ICU beds are in use. *See* Ex. 1.

5. In addition, 49% of Arizona's positive tests and 26% of Arizona's hospitalizations are from individuals between 20-44 years-old. *Id.*

**B.    Public Statements Regarding COVID-19 from Governor Ducey.**

6. On July 23, 2020, Governor Ducey issued Executive Order ("EO") 2020-52. *See* Ex.4 *(Executive Order 2020-52: Continuation of Executive Order 2020-43 Slowing the Spread of COVID-19*, Office of the Governor Doug Ducey (July 23, 2020), https://azgovernor.gov/sites/default/files/eo_2020-52_continuation_of_eo_2020-43.pdf.

7. EO 2020-52 extends EO 2020-43's temporary closure of certain non-essential businesses, including gyms and fitness centers, for at least another two weeks. *Id.*

8. EO 2020-52 notes that since EO 2020-43's enactment, restaurant capacity has been reduced to 50% and standing at restaurants has been eliminated.

9. Once that period elapses, an affected business "shall complete and submit a form as prescribed by [ADHS] that attests the entity is in compliance with guidance issued by ADHS related to COVID-19 business operations" to "receive authorization to reopen." *Id.*

1  10. In this order, Governor Ducey explains the public health reasons for the extension, including (among other things) the July 19, 2020 policy recommendation from the White House Coronavirus Task Force that "bars and gyms in Arizona remain closed." *Id.*

11. On July 23, 2020, the Arizona Department of Health Services ("ADHS") published an attestation form and draft requirements for gyms and indoor fitness centers relating to the eventual re-opening of those facilities. *See* Ex. 5 (*Official Reopening Attestation for Indoor Gyms and Fitness Clubs/Centers* (July 23, 2020), https://docs.google.com/forms/d/e/1FAIpQLSfcEkxSyXwK5d3b0J7uX7E1KMZ9BigjUuNriC8YsZA6AHcnvg/viewform). On July 31, 2020, ADHS published the final requirements. *See* Ex. 6 (Requirements for Indoor Gyms and Fitness Clubs/Centers (July, 31 2002) https://www.azdhs.gov/documents/preparedness/epidemiology-disease-control/infectious-disease-epidemiology/novel-coronavirus/requirements-gyms-fitness-providers-7-22-2020.pdf).

## III. Arguments

The facts and public records listed above are all appropriate for judicial notice because they can "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). These facts are also relevant to Plaintiffs' claims and defenses in this case.

### A. Publicly-Reported Statistics on COVID-19 Cases and Deaths (Paragraphs 1-5).

Courts routinely take judicial notice of statistics compiled and released by governmental agencies. *See, e.g.*, *United States v. Orozco-Acosta*, 607 F.3d 1156, 1164 n.5 (9th Cir. 2010) (taking judicial notice of statistics compiled by the U.S. Department of Homeland Security and U.S. Department of Justice); *see also United States v. Chester*, 628 F.3d 673, 692 4th Cir. 2010) (Davis, J., concurring) (citing domestic abuse statistics

- 4 -

compiled by the CDC).[1] This Court should likewise take judicial notice of the statistics in Paragraphs 1-4, all of which come from reliable government sources. *See In re Abbott*, 954 F.3d 772, 779 (5th Cir. 2020) (citing CDC statistics on COVID-19 cases and deaths).

These statistics are also relevant to an assessment of Plaintiffs' claims. The actual number of COVID-19 cases and deaths directly undermines Plaintiffs' assertions and also shows that Governor Ducey had an urgent need to promote physical distancing practices.

**B.   Public Statements Regarding COVID-19 from Governor Ducey (Paragraphs 6-11).**

Governor Ducey requests that the Court take judicial notice of Executive Order 2020-52 and other official guidance issued in response to the COVID-19 pandemic. Courts routinely take judicial notice of government publications because such documents are matters of public record that can be easily verified. *See Corrie v. Caterpillar, Inc.*, 503 F.3d 974, 978 n.2 (9th Cir. 2007) (explaining that a court may take judicial notice of a government publication); *see also Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006) (taking judicial notice of public records that "can be accessed at Santa Monica's official website"); *Pickett v. Sheridan Health Care Ctr.*, 664 F.3d 632, 648 (7th Cir. 2011) ("We have recognized the authority of a court to take judicial notice of government websites").

This Court recently took judicial notice of similar executive orders issued in response to the COVID-19 pandemic and their contents. (Doc. 42); *see also McGhee v City of Flagstaff*, 2020 WL 2309881, at *5-7 (D. Ariz. May 8, 2020). Here Plaintiffs ask for judicial notice of similar orders and accompanying government guidance.

**IV.   Conclusion**

The facts and public records submitted for judicial notice can all be "accurately and

---

[1] *See also Citizens for Responsibility & Ethics in Wash. v. Trump*, 924 F.3d 602, 607 (D.C. Cir. 2019) (taking judicial notice of a record publicly available on the National Archives' website); *Glenn v. B&R Plastics, Inc.*, 326 F. Supp. 3d 1044, 1068 n.7 (D. Idaho 2018) (taking judicial notice of reports and statistics compiled by the CDC); *Victoria Cruises v. Changjiang Cruise Overseas Travel Co.*, 630 F. Supp. 2d 255, 263 n.3 (E.D.N.Y. 2008) ("The Court can take judicial notice of government statistics.").

readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). However, in the absence of judicial notice, it may be necessary for state and federal health officials to testify concerning COVID-19, demographic statistics, publicly available emergency declarations, and other facts that cannot be reasonably disputed. This would divert time and resources better spent elsewhere. Accordingly, this Court should grant the motion and take judicial notice of the facts specified in this motion.

DATED this 5th day of August, 2020.

SNELL & WILMER L.L.P.


By: s/ Brett W. Johnson
Brett W. Johnson
Colin P. Ahler
Derek C. Flint
Michael A. Calvanico
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Anni L. Foster
OFFICE OF ARIZONA GOVERNOR
DOUGLAS A. DUCEY
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Douglas A. Ducey, Governor of the State of Arizona*

## **CERTIFICATE OF SERVICE**

I certify that on August 5, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which electronically sends a copy of same on to:

Brian A. Howie
**Quarles & Brady LLP**
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Brian.howie@quarles.com
*Attorney for Plaintiffs*

Alex M. Weingarten
Celeste M. Brecht
Jeffrey K. Logan
Steven E. Swaney
**Venable LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
amweingarten@venable.com
cmbrecht@venable.com
jklogan@venable.com
seswaney@venable.com
*Attorneys for Plaintiffs*

  s/  Tracy Hobbs

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000