# EXHIBIT 1

Gym & Indoor Fitness Centers Requirements (effective June 29, 2020). Please continue to check this website for updates on Executive Order 2020-43.


ARIZONA DEPARTMENT OF HEALTH SERVICES
Health and Wellness for All Arizonans

| HOME | AUDIENCES | TOPICS | DIVISIONS | A-Z INDEX |

ENHANCED BY Google

## Data Dashboard

ADHS Home / Public Health Preparedness / Epidemiology & Disease Control / Infectious Disease Services / Coronavirus Disease 2019 (COVID-19) / Data Dashboard


- As our federal partners have updated guidance for identifying COVID-19 deaths, ADHS has enhanced our processes to match. This change may cause the number of new deaths reported on our dashboard to increase more than expected for a few days. Deaths are shown on the bar chart of the COVID-19 deaths section of the dashboard using the date of death, not the day reported. New deaths on the summary section of the dashboard are displayed by the day reported to ADHS.


Summary


Demographics


COVID-19 Deaths


Zip Code


Confirmed COVID-19 Cases by Day


Hospitalization


Hospital COVID-like & Influenza-like illness Surveillance


Laboratory Testing


Congregate Settings with Positive COVID-19 Cases


Hospital Bed Usage & Availability


Ventilator Usage & Availability


Hospital COVID-19 Specific Metrics

## Summary

Show case counts or population rates in the map below?

Cases

Select a county to filter the other numbers.
Deaths will not be shown for counties with fewer than three deaths.



| Number of Cases | Number of Deaths | Number of COVID-19 Tests |
|---|---|---|
| 182,203 | 3,932 | 1,218,017 |

| Number of New Cases reported today* | Number of New Deaths reported today* | Number of New Tests reported today* |
|---|---|---|
| 1,698 | 87 | 14,564 |

| Rate of cases, per 100,000 population | Rate of fatalities, per 100,000 population | Total Percent Positive** |
|---|---|---|
| 2,534.5 | 54.69 | 12.6% |

| Total COVID-19 PCR Tests | New PCR Tests reported today* | PCR Percent Positive** |
|---|---|---|
| 984,332 | 13,088 | 14.3% |

| Total COVID-19 Serology Tests | New Serology Tests reported today* | Serology Percent Positive** |
|---|---|---|
| 233,685 | 1,466 | 5.4% |

*Counts of new cases, deaths, and numbers tested reflect increases in the total numbers compared to the previous day.

**Percent positive is the number of people with a positive test result, out of all people with COVID-19 testing completed in AZ.

Date Updated:   8/5/2020



Arizona Department of Health Services
150 North 18th Avenue
Phoenix, Arizona 85007
Find us on Google Maps

General and Public Information:
(602) 542-1025
Fax: (602) 542-0883
About Us | Contact Us
Employees
Hearing/Speech Challenges?


Connect with ADHS

Note: ADHS is open Monday through Friday from 8 a.m. to 5 p.m., except state holidays.

Any documents contained on this Web site that are translations from original text written in English are unofficial and not binding on this state or a political subdivision of this state. To learn about how ADHS collects information about website users, please review our Website Privacy Policy. Los documentos en traducciones al Español y que se encuentran en alguna Web no tienen valides oficial a legal en este Estado o en alguna entidad política del mismo. © 2009 - 2020 Arizona Department of Health Services

The public notice and agenda for each public meeting is posted in the lobby of this Department and on the Public Meeting Notices page.





Gym & Indoor Fitness Centers requirements (approved on July 31, 2020). Please continue to check this website for updates on Executive Order 2020-43.

### ARIZONA DEPARTMENT OF HEALTH SERVICES
Health and Wellness for All Arizonans

| HOME | AUDIENCES | TOPICS | DIVISIONS | A-Z INDEX | | ENHANCED BY Google |

# Data Dashboard

ADHS Home / Public Health Preparedness / Epidemiology & Disease Control / Infectious Disease Services / Coronavirus Disease 2019 (COVID-19) / Data Dashboard

📢 • As our federal partners have updated guidance for identifying COVID-19 deaths, ADHS has enhanced our processes to match. This change may cause the number of new deaths reported on our dashboard to increase more than expected for a few days. Deaths are shown on the bar chart of the COVID-19 deaths section of the dashboard using the date of death, not the day reported. New deaths on the summary section of the dashboard are displayed by the day reported to ADHS.


Summary


Demographics


COVID-19 Deaths


Zip Code


Confirmed COVID-19 Cases by Day


Hospitalization


Hospital COVID-like & Influenza-like illness Surveillance


Laboratory Testing


Congregate Settings with Positive COVID-19 Cases


Hospital Bed Usage & Availability


Ventilator Usage & Availability


Hospital COVID-19 Specific Metrics



## Demographics







**Arizona Department of Health Services**
150 North 18th Avenue
Phoenix, Arizona 85007
Find us on Google Maps

**General and Public Information:**
(602) 542-1025
Fax: (602) 542-0883
About Us | Contact Us
Employees
Hearing/Speech Challenges?

Connect with ADHS

Note: ADHS is open Monday through Friday from 8 a.m. to 5 p.m., except state holidays.

Any documents contained on this Web site that are translations from original text written in English are unofficial and not binding on this state or a political subdivision of this state. To learn about how ADHS collects information about website users, please review our Website Privacy Policy. Los documentos que son traducciones al Español y que se encuentran en esta página Web no tienen validez oficial ni legal en este Estado o en alguna entidad política del mismo. © 2009 - 2020 Arizona Department of Health Services

The public notice and agenda for each public meeting is posted in the lobby of this Department and on the Public Meeting Notices page.



Gym & Indoor Fitness Centers Requirements and Reopening (Updated July 31, 2020). Please continue to check this website for updates on Executive Order 2020-43.


ARIZONA DEPARTMENT OF HEALTH SERVICES
Health and Wellness for All Arizonans

ENHANCED BY Google

## Data Dashboard

ADHS Home / Public Health Preparedness / Epidemiology & Disease Control / Infectious Disease Services / Coronavirus Disease 2019 (COVID-19) / Data Dashboard


- As our federal partners have updated guidance for identifying COVID-19 deaths, ADHS has enhanced our processes to match. This change may cause the number of new deaths reported on our dashboard to increase more than expected for a few days. Deaths are shown on the bar chart of the COVID-19 deaths section of the dashboard using the date of death, not the day reported. New deaths on the summary section of the dashboard are displayed by the day reported to ADHS.


Summary


Demographics


COVID-19 Deaths


Zip Code


Confirmed COVID-19 Cases by Day


Hospitalization


Hospital COVID-like & Influenza-like illness Surveillance


Laboratory Testing


Congregate Settings with Positive COVID-19 Cases


Hospital Bed Usage & Availability


Ventilator Usage & Availability


Hospital COVID-19 Specific Metrics

## Confirmed COVID-19 Cases by Day

### What is an Epi Curve?

An epi curve is a visual display of cases associated with an outbreak by a specific date. In the graph below, the date of specimen collection is used as the date.

Epi Curves may be used to describe an outbreak's overall trend or distribution of cases over time, the general sense of the outbreaks' magnitude, and the most likely time period of exposure.

Hover over the icon to get more information on the data in this dashboard. 

**COVID-19 Cases by Day**
Date of specimen collection is used for day

Select a county to filter the epi curve.







*Illnesses in the last 4-7 days may not be reported yet

Date Updated:        8/6/2020

Arizona Department of Health Services
150 North 18th Avenue
Phoenix, Arizona 85007
Find us on Google Maps

General and Public Information:
(602) 542-1025
Fax: (602) 542-0883
About Us | Contact Us
Employees
Hearing/Speech Challenges?

Connect with ADHS

Note: ADHS is open Monday through Friday from 8 a.m. to 5 p.m., except state holidays.

Any documents contained on this Web site that are translations from original text written in English are unofficial and not binding on this state or a political subdivision of this state. To learn about how ADHS collects information about website users, please review our Website Privacy Policy. Las traducciones que son traducciones al Español y que se encuentran en esta página Web no tienen validez oficial o legal en este Estado o en alguna entidad política del mismo. © 2009 - 2020 Arizona Department of Health Services

The public notice and agenda for each public meeting is posted in the lobby of this Department and on the Public Meeting Notices page.



Gym & Indoor Fitness Centers Requirements (Effective June 27, 2020, updated July 31, 2020). Please continue to check this website for updates on Executive Order 2020-43.



ARIZONA DEPARTMENT OF HEALTH SERVICES
Health and Wellness for All Arizonans

HOME | AUDIENCES | TOPICS | DIVISIONS | A-Z INDEX

ENHANCED BY Google

## Data Dashboard

ADHS Home / Public Health Preparedness / Epidemiology & Disease Control / Infectious Disease Services / Coronavirus Disease 2019 (COVID-19) / Data Dashboard

 • As our federal partners have updated guidance for identifying COVID-19 deaths, ADHS has enhanced our processes to match. This change may cause the number of new deaths reported on our dashboard to increase more than expected for a few days. Deaths are shown on the bar chart of the COVID-19 deaths section of the dashboard using the date of death, not the day reported. New deaths on the summary section of the dashboard are displayed by the day reported to ADHS.

 Summary
 Demographics
 COVID-19 Deaths
 Zip Code

 Confirmed COVID-19 Cases by Day
 Hospitalization
 Hospital COVID-like & Influenza-like illness Surveillance
 Laboratory Testing

 Congregate Settings with Positive COVID-19 Cases
 Hospital Bed Usage & Availability
 Ventilator Usage & Availability
 Hospital COVID-19 Specific Metrics

## Hospitalization

Hover over the icon to get more information on the data in this dashboard. 

| Number of Cases Hospitalized | Percent of Cases Hospitalized |
|---|---|
| 13,559 | 7% |




Number of COVID-19 Cases that are Hospitalized by Date of Hospitalization


COVID-19 Hospitalized Cases by Age Group


COVID-19 Hospitalized Cases by Gender


COVID-19 Hospitalized Cases by Race/Ethnicity

Date Updated: 8/5/2020     % of COVID-19 Cases with Missing Hospitalization Status: 58%

Arizona Department of Health Services
150 North 18th Avenue
Phoenix, Arizona 85007
Find us on Google Maps

General and Public Information:
(602) 542-1025
Fax: (602) 542-0883
About Us | Contact Us
Employees
Hearing/Speech Challenges?

Connect with ADHS

Note: ADHS is open Monday through Friday from 8 a.m. to 5 p.m., except state holidays.

Any documents contained on this Web site that are translations from original text written in English are unofficial and not binding on this state or a political subdivision of this state. To learn about how ADHS collects information about website users, please review our Website Privacy Policy. Los documentos que son traducciones al Español y que se encuentran en esta pagina Web no tienen validez oficial o legal en este Estado o en alguna entidad política del mismo. © 2009 - 2020 Arizona Department of Health Services

The public notice and agenda for each public meeting is posted in the lobby of this Department and on the Public Meeting Notices page.




Gym & Indoor Fitness Centers. Requirements and Attestation (updated July 31, 2020). Please continue to check this website for updates on Executive Order 2020-43.



**ARIZONA DEPARTMENT OF HEALTH SERVICES**
Health and Wellness for All Arizonans

| HOME | AUDIENCES | TOPICS | DIVISIONS | A-Z INDEX |

## Data Dashboard

ADHS Home / Public Health Preparedness / Epidemiology & Disease Control / Infectious Disease Services / Coronavirus Disease 2019 (COVID-19) / Data Dashboard


- As our federal partners have updated guidance for identifying COVID-19 deaths, ADHS has enhanced our processes to match. This change may cause the number of new deaths reported on our dashboard to increase more than expected for a few days. Deaths are shown on the bar chart of the COVID-19 deaths section of the dashboard using the date of death, not the day reported. New deaths on the summary section of the dashboard are displayed by the day reported to ADHS.


Summary


Demographics


COVID-19 Deaths


Zip Code


Confirmed COVID-19 Cases by Day


Hospitalization


Hospital COVID-like & Influenza-like Illness Surveillance


Laboratory Testing


Congregate Settings with Positive COVID-19 Cases


Hospital Bed Usage & Availability


Ventilator Usage & Availability


Hospital COVID-19 Specific Metrics

## Hospital Bed Usage & Availability

| ICU Bed Usage & Availability | ED Bed Usage & Availability | Inpatient Bed Usage & Availability |

**Number of Intensive Care Unit (ICU) Beds Available and In Use at Arizona Hospitals**

Hover over the icon to get more information on the data in this dashboard. 

■ Adult Intensive Care Unit Beds Available
■ Adult Intensive Care Unit Beds In Use





**Arizona Department of Health Services**
150 North 18th Avenue
Phoenix, Arizona 85007
Find us on Google Maps

**General and Public Information:**
(602) 542-1025
Fax: (602) 542-0883
About Us | Contact Us
Employees
Hearing/Speech Challenges?


Connect with ADHS

Note: ADHS is open Monday through Friday from 8 a.m. to 5 p.m., except state holidays.

Any documents contained on this Web site that are translations from original text written in English are unofficial and not binding on this state or a political subdivision of this state. To learn about how ADHS collects information about website users, please review our Website Privacy Policy. Los documentos que son traducciones al Español y que se encuentran en esta página Web no tienen validez oficial ni legal en este Estado o en alguna entidad política del mismo. © 2009 - 2020 Arizona Department of Health Services

The public notice and agenda for each public meeting is posted in the lobby of this Department and on the Public Meeting Notices page.



Gym & Indoor Fitness Centers: Requirements and Attestation (updated July 31, 2020). Please continue to check this website for updates on Executive Order 2020-43.

 **ARIZONA DEPARTMENT OF HEALTH SERVICES**
Health and Wellness for All Arizonans

| HOME | AUDIENCES | TOPICS | DIVISIONS | A-Z INDEX |

ENHANCED BY Google

## Data Dashboard

ADHS Home / Public Health Preparedness / Epidemiology & Disease Control / Infectious Disease Services / Coronavirus Disease 2019 (COVID-19) / Data Dashboard

 • As our federal partners have updated guidance for identifying COVID-19 deaths, ADHS has enhanced our processes to match. This change may cause the number of new deaths reported on our dashboard to increase more than expected for a few days. Deaths are shown on the bar chart using the date of death, not the day reported. New deaths on the summary section of the dashboard are displayed by the day reported to ADHS.


Summary


Demographics


COVID-19 Deaths


Zip Code


Confirmed COVID-19 Cases by Day


Hospitalization


Hospital COVID-like & Influenza-like Illness Surveillance


Laboratory Testing


Congregate Settings with Positive COVID-19 Cases


Hospital Bed Usage & Availability


Ventilator Usage & Availability


Hospital COVID-19 Specific Metrics

## Hospital Bed Usage & Availability

| ICU Bed Usage & Availability | ED Bed Usage & Availability | Inpatient Bed Usage & Availability |

**Number of Inpatient Beds Available and In Use at Arizona Hospitals**

Hover over the icon to get more information on the data in this dashboard. 

■ Inpatient Beds Available
■ Inpatient Beds In Use





**Arizona Department of Health Services**
150 North 18th Avenue
Phoenix, Arizona 85007
Find us on Google Maps

**General and Public Information:**
(602) 542-1025
Fax: (602) 542-0883
About Us | Contact Us
Employees
Hearing/Speech Challenges?



**Connect with ADHS**

Note: ADHS is open Monday through Friday from 8 a.m. to 5 p.m., except state holidays.

Any documents contained on this Web site that are translations from original text written in English are unofficial and not binding on this state or a political subdivision of this state. To learn about how ADHS collects information about website users, please review our Website Privacy Policy. Los documentos que son traducciones al Español y que se encuentran en esta página Web no tienen validez oficial ni legal en este Estado o en alguna entidad política del mismo. © 2009 - 2020 Arizona Department of Health Services

The public notice and agenda for each public meeting is posted in the lobby of this Department and on the Public Meeting Notices page.


PHAB

# EXHIBIT 2



CDC Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

Search [Coronavirus ▾] 🔍

A-Z Index
Advanced Search ⚙

## Coronavirus Disease 2019 (COVID-19)



WEAR A MASK. PROTECT OTHERS.

Your Health ▾    Community, Work & School ▾    Healthcare Workers & Labs ▾    Health Depts ▾    Cases & Data ▾    More ▾



🏠 Cases, Data & Surveillance

COVIDView Weekly Summary  +

Cases & Deaths in the US  —

   Cases in the US

   Previous US Case Data

   Cases & Deaths by County

   About CDC Data

Testing Data in the US  +

Hospitalization Surveillance Network COVID-NET

Serology (Antibody) Surveillance  +

Mathematical Modeling  +

Special Populations Data

SARS-CoV-2 Sequencing (SPHERES)

Data Visualization

Assessing Risk Factors

About COVID-19 Epidemiology  +

FAQ Data & Surveillance

✉ **Get Email Updates**

To receive email updates about COVID-19, enter your email address:

[Email Address]

What's this?    Submit

CASES, DATA & SURVEILLANCE

# Cases in the U.S.

Updated August 5, 2020    Languages ▾    Print    f 🐦 in ✉ ⊕

| TOTAL CASES | TOTAL DEATHS |
|---|---|
| **4,748,806** | **156,311** |
| 49,988 New Cases* | 1,107 New Deaths* |

*Compared to yesterday's data    About the Data

**Want More Data?**
CDC COVID Data Tracker

This page is updated daily based on data confirmed at 4:00pm ET the day before.

## Cases by Jurisdiction

This map shows COVID-19 cases reported by U.S. states, the District of Columbia, New York City, and other U.S.-affiliated jurisdictions. Hover over the maps to see the number of cases reported in each jurisdiction. To go to a jurisdiction's health department website, click on the jurisdiction on the map.



Reported Cases
○ 0 to 1,000        ● 1,001 to 5,000
● 5,001 to 10,000   ● 10,001 to 20,000
● 20,001 to 40,000  ● 40,001 or more

[AS] [GU] [MH] [FM] [MP] [PW] [PR] [VI]    CDC

Jurisdictions    +

Add U.S. Map to Your Website

## Deaths by Jurisdiction

This map shows COVID-19 cases reported by U.S. states, the District of Columbia, New York City, and other U.S.-affiliated jurisdictions. Hover over the maps to see the number of deaths reported in each jurisdiction. To go to a jurisdiction's health department website, click on the jurisdiction on the map.





### Cases & Deaths by County

Select a state to view the number of cases and deaths by county. This data is courtesy of USAFacts.org ☐

### New Cases by Day

The following chart shows the number of new COVID-19 cases reported each day in the U.S. since the beginning of the outbreak. Hover over the bars to see the number of new cases by day.



The 7-Day moving average of new cases (current day + 6 preceding days / 7) was calculated to smooth expected variations in daily counts.

View Data                                                          +

### Cases & Deaths among Healthcare Personnel

Data were collected from 3,551,226 people, but healthcare personnel status was only available for 776,820 (21.9%) people. For the 123,738 cases of COVID-19 among healthcare personnel, death status was only available for 84,388 (68.2%).

| CASES AMONG HCP | DEATHS AMONG HCP |
|:---:|:---:|
| 123,738 | 598 |

## Previous Data

CDC has moved the following information to the Previous U.S. COVID-19 Case Data page.

- Level of community transmission by jurisdiction — last updated May 18, 2020
- Total number of cases by day — last updated April 28, 2020
- Number of cases by source of exposure — last updated April 16, 2020
- Number of cases from Wuhan, China and the Diamond Princess cruise — last updated April 16, 2020
- Number of cases by illness start date — last updated April 15, 2020

## More Information

COVIDView – A Weekly Surveillance Summary of U.S. COVID-19 Activity

Previous U.S. COVID-19 Case Data

FAQ: COVID-19 Data and Surveillance

Testing Data in the U.S.

World Map

Health Departments

Top of Page

Last Updated Aug. 5, 2020, 07:00 PM
Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

**HAVE QUESTIONS?**
📱 Visit CDC-INFO
📞 Call 800-232-4636
✉ Email CDC-INFO
🕐 Open 24/7

**CDC INFORMATION**
About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility

**CONNECT WITH CDC**

CDC Website Exit Disclaimer

U.S. Department of Health & Human Services                    USA.gov

**LANGUAGE ASSISTANCE**

| | | |
|---|---|---|
| Español | Tagalog | Francais | Deutsch |
| 繁體中文 | Русский | Polski | 日本語 |
| Tiếng Việt | العربية | Português | فارسی |
| 한국어 | Kreyòl Ayisyen | Italiano | English |

# EXHIBIT 3

WHO Coronavirus Disease (COVID-19) Dashboard map image showing choropleth of global COVID-19 cases.

World Health Organization

WHO Coronavirus Disease (COVID-19) Dashboard
Data last updated: 2020/8/5, 3:00pm CEST

Search by Country, Territory, or Area

Overview   Data Table   Explore

Covid-19 Response Fund
Donate

Download Map Data
Source: World Health Organization

+ | | | |

**Globally**, as of **3:00pm CEST, 5 August 2020**, there have been **18,354,342 confirmed cases** of COVID-19, including **696,147 deaths**, reported to WHO.

206,709
new cases

18,354,342
confirmed cases

696,147
deaths

Total   Cases   Deaths

Choropleth Map   Bubble Map










**Spain**

**302,814**
confirmed cases



**The United Kingdom**

**306,297**
confirmed cases



**Iran (Islamic Republic of)**

**314,786**
confirmed cases

Source: World Health Organization





WHO Health Emergency Dashboard   WHO (COVID-19) Homepage

# EXHIBIT 4

GOVERNOR DOUGLAS A. DUCEY

# STATE OF ARIZONA
## ★
# EXECUTIVE ORDER

**Executive Order 2020-52**

**Continuation of Executive Order 2020-43**
*Slowing the Spread of COVID-19*

**WHEREAS,** on June 29, 2020, Executive Order 2020-43 was issued providing measures to protect public health and safety and mitigate the strain on our health care providers by slowing the spread of COVID-19; and

**WHEREAS,** at the time of issuance, Arizona had 73,908 diagnosed cases of COVID-19 including 1,588 deaths, and the State was seeing an increase in the number of cases and hospitalizations; and

**WHEREAS,** the increased case numbers and hospitalizations necessitated the need for an increased focus on precautionary measures by both businesses and individuals; and

**WHEREAS,** since the issuance of that Order, action was taken to limit restaurant capacity to 50% and other mitigation measures such as eliminating standing at restaurants; and

**WHEREAS,** as of July 23, 2020, there have been 152,944 diagnosed cases of COVID-19 in Arizona including 3,063 deaths; and

**WHEREAS,** the weekly Arizona State Report issued by the White House Coronavirus Task Force on July 19, 2020, identifies that all but two Arizona counties are in the "red zone" which indicates there were new cases above 100 per 100,000 population and a diagnostic test positivity result above 10%; and

**WHEREAS,** the policy recommendations in the State Report, include that gyms and bars should be closed, that outdoor dining opportunities should be provided as possible and that groups should be limited to 10 people or fewer; and

**WHEREAS,** Executive Order 2020-43, outlined that certain businesses should be closed until at least July 27, 2020 to respond to and mitigate the spread of COVID-19; and

**WHEREAS,** Executive Order 2020-43 stated it "shall remain in place until further notice and reviewed for repeal or revision every two weeks after July 27, 2020;" and

**WHEREAS,** mask mandates, limitations on groups and closure of certain businesses have resulted in slight improvements to the growth of cases, these measures need to continue due to continued high rates of hospitalizations and high numbers of cases; and

**WHEREAS,** Arizona is committed to containing the spread of COVID-19.

**NOW, THEREFORE,** I, Douglas A. Ducey, Governor of the State of Arizona, by virtue of the authority vested in me by the Constitution and laws of this state including A.R.S. §§ 26-303 and 36-787, hereby order as follows:

1. The provisions of Executive Order 2020-43, ordered through July 27, 2020, including those pausing business operations for certain businesses, shall be extended, remain in place and continue to be reviewed for repeal or revision every two weeks.

2. The Governor's Office will issue a notice of review and current status of this and Executive Order 2020-43 which shall be published on the Governor's Office website at www.azgovernor.gov.

3. If any provision of this Executive Order, and Executive Order 2020-43 which is incorporated herein, or their application to any person or circumstance is held invalid by any court of competent jurisdiction, this invalidity does not affect any other provision or application of this Executive Order or any other Executive Order, which can be given effect without the invalid provision or application. To achieve this purpose, the provisions of this Executive Order are declared to be severable.

**IN WITNESS WHEREOF**, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Arizona.

**GOVERNOR**

**DONE** at the Capitol in Phoenix on this twenty- third day of July in the year Two Thousand and Twenty and of the Independence of the United States of America the Two Hundred and Forty- Fifth.

**ATTEST**:

**Secretary of State**

# EXHIBIT 5



ARIZONA DEPARTMENT
OF HEALTH SERVICES

# Official Reopening Attestation for Indoor Gyms and Fitness Clubs/Centers

Executive Order ("E.O.") 2020-43
Pausing of Arizona's Reopening, Slowing the Spread of COVID-19

On June 29, 2020, Governor Ducey issued E.O. 2020-43, Pausing Arizona's Reopening, Slowing the Spread of COVID-19. Pursuant to E.O. 2020-43, beginning on Monday, June 29, at 8:00 P.M., all indoor gyms and fitness clubs/centers in the State of Arizona, were required to pause operations.

Pursuant to E.O 2020-43, the Arizona Department of Health Services ("ADHS") was directed to develop a form where entities can attest they are in compliance with ADHS COVID-19 guidance related to business operations. This information is to be provided to the public on ADHS' website. In accordance with E.O. 2020-43, and to ensure that the public is provided information on entities that submitted an attestation for authorization to reopen when it is deemed safe to do so, all completed and submitted attestation forms will be posted and available for public review on ADHS' website.

Pursuant to E.O. 2020-43, ADHS or a local governmental jurisdiction shall have the authority to take immediate action against an entity that operates without submitting this attestation to ADHS and posting it in an easily visible public place on the entity's premises.

To review up-to-date information regarding ADHS' emergency response to COVID-19 and information for businesses, please visit www.azhealth.gov/covid19.

* Required

Email Address *

I hereby attest, by submitting this form, that the business entity listed below is acknowledging its understanding that it shall pause operations through any mandated closure and that it has developed and implemented the minimum criteria as outlined in E.O. 2020-36 and E.O. 2020-40, including that the entity has or will: *

☐ Develop, establish and implement written policies based on guidance from the CDC, Department of Labor, Occupational Safety and Health Administration (OSHA) and ADHS, which includes strictly adhering to the "Requirements for Indoor Gyms and Fitness Clubs/Centers" to limit and mitigate the spread of COVID-19.

- [ ] Promote healthy hygiene practices.
- [ ] Intensify cleaning, disinfection and ventilation practices.
- [ ] Monitor for sickness.
- [ ] Ensure physical distancing.
- [ ] Provide necessary protective equipment.
- [ ] Allow for and encourage virtual visits and teleworking when feasible.
- [ ] Provide plans to limit the capacity of indoor gyms and fitness clubs as directed by ADHS.
- [ ] Limit the congregation of groups in the facility.

---

**Attestation**

By electronically submitting this form, the submitter is attesting under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge, information, and belief, that he/she has the authority to act on the behalf of the entity and that the entity, and all of its locations agree to be bound by this attestation.

By submitting this attestation, the entity is acknowledging its understanding that pursuant to E.O. 2020-43 IT SHALL PAUSE OPERATIONS THROUGH ANY MANDATED CLOSURE, SUBJECT TO ANY EXTENSION OR MODIFICATION OF E.O. 2020-43. Submission of this attestation does not provide the entity with the authority to reopen and begin operations.

By submitting this attestation, the indoor gym and fitness club/center is agreeing to meet the guidance in the ADHS Requirements for Indoor Gyms and Fitness Clubs/Centers document dated July 22, 2020 (www.azhealth.gov/covid19). **ADHS will notify entity owners of any change to the guidance document, and entity owners agree to be compliant with updated guidance within 48 hours of publication.**

By submitting this attestation, the entity also agrees that ADHS or the county health department (at its discretion) may ensure compliance with the attestation.

Notwithstanding the submission of this attestation, if ADHS becomes aware of actions taken by the entity that jeopardize the health, safety, and welfare of the public or that the representations in this attestation are false, ADHS may take additional action as necessary to protect the health, safety and welfare of the public.

---

Name of the Business Establishment *

---

Name of Individual Submitting this Attestation, and Title *

Address *

City *

County *

**CAPTCHA** ⑦

What is *nine plus five* (numbers only)? *

**Resources**

Executive Orders
- Executive Order 2020-43
- Executive Order 2020-40
- Executive Order 2020-36

Guidance and Requirements
- ADHS Requirements for Businesses
- ADHS Requirements for Restaurants and Bars
- ADHS Guidance for Gyms and Fitness Providers
- ADHS Guidance for Aquatic Venues
- ADHS Workplaces and Community Locations Webpage
- CDC Communities, Schools, Workplaces, and Events Webpage

Submit

# EXHIBIT 6



**ARIZONA DEPARTMENT
OF HEALTH SERVICES**

**NOTE: Gyms are currently closed under Executive Order 2020-43 and extended by 2020-52 (and may be further extended or modified) and have not been opened in the state of Arizona. This document is being provided as a courtesy for the industry to prepare for a potential opening on a date not yet specified. This should not be interpreted as an allowance to open as enforcement action will continue to be taken in the interest of public health. This information is subject to revision based on information received by public health officials. ADHS will communicate any changes at least 48 hours prior to implementation of new guidance.**

## Requirements for Indoor Gyms and Fitness Clubs/Centers
## Latest Updated: July 31, 2020

**Per the Centers for Disease Control and Prevention (CDC) guidance, under all circumstances, the following precautions must be taken by *people utilizing indoor gyms and other fitness venues*:**

- [Stay home if you are sick](#).
- Protect yourself while visiting gyms:
  - Arizonans are safer at home and should evaluate their personal risk of using an indoor gym or other fitness venue based on the [Arizona COVID-19 Risk Index](#).
  - Avoid close contact and stay more than 6 feet away from others.
  - You are required to wear a mask/cloth face covering while at the facility.
    - Make sure to maintain more than six feet of distance between you and other people while your cloth face covering is off.
    - Coverings should not be placed on children less than 2 years of age, anyone who has trouble breathing, or is unconscious, incapacitated, or otherwise unable to remove the cover without assistance.
    - In accordance with CDC guidelines, individuals who are engaged in high intensity activities, like running, may not be able to wear a mask/cloth face covering if it causes difficulty breathing. If unable to wear a mask/cloth face covering, these individuals should not participate in activities conducted at indoor gyms and fitness centers.
  - Wash your hands often, especially after leaving the gym, with soap and water for at least 20 seconds. If soap and water are not available, use an alcohol-based hand sanitizer that contains at least 60% alcohol.
  - Avoid touching your eyes, nose, and mouth with unwashed hands.



ARIZONA DEPARTMENT
OF HEALTH SERVICES

- ○ Cover your cough or sneeze with a tissue or your sleeve (not your hands) and immediately throw the tissue in the trash.
- ○ If possible, use touchless payment methods. If you must handle money, a card, or use a keypad, use hand sanitizer immediately after.
- ○ If you are at higher risk for severe illness, you should avoid visiting gyms and fitness providers. People at higher risk for severe illness include adults 65 or older and people of any age who have serious underlying medical conditions.

**The Arizona Department of Health Services requires the following additional steps be taken by *gyms and fitness providers* and providers *shall* take measures to ensure that employees and guests follow these guidelines:**

- • Implement and enforce physical distancing precautions that maintain more than 6 feet between individuals who do not live in the same household:
  - ○ Operate with 25% or less occupancy and capacity (not including employees/staff) based on the permitted fire code occupant load.
  - ○ Close communal spaces and common areas where people are likely to congregate and interact.
    - ▪ If unable to close the area, restrict access and have employees staff the area to enforce physical distancing.
  - ○ Arrange waiting areas, service areas, and break rooms to enforce physical distancing, and sanitize areas regularly between use.
    - ▪ If not closed, severely limit access to waiting areas, service areas, and break rooms, and have employees staff the area to enforce physical distancing, if feasible.
    - ▪ Do not allow guests to wait or linger in waiting areas, service areas, break rooms, or lobbies.
  - ○ Enforce similar physical distancing requirements in employee-only spaces, such as break or dining rooms, uniform control areas, and shared office spaces. Consider closing or restricting access to these spaces.
- • Implement temperature checks or symptom screening at the door for all guests.
- • Consider touchless check-ins, such as guests scanning their own membership tag.
- • Require online or phone pre-bookings or reservations for fitness classes and limit the number of guests in the class to allow for appropriate physical distancing.
  - ○ Do not conduct back-to-back fitness classes. It is recommended that no less than 15 minutes elapses between classes to allow for full sanitization and to prevent crowding from participants entering/exiting the area.
    - ▪ Time between classes is needed to allow for the air to recirculate and for staff to thoroughly clean spaces and equipment between classes and provide proper ventilation.
  - ○ Provide lines/markings on fitness class floors to clearly demonstrate where guests should stand to ensure physical distancing.
- • Consider a reservation system for guests to use the facility.
- • Offer virtual or outdoor classes or training where feasible.



# ARIZONA DEPARTMENT
# OF HEALTH SERVICES

- Arrange fitness equipment or block off machines from use so that guests can adhere to appropriate physical distancing.
- Mandate the use of masks/cloth face coverings for all guests while at the facility. Physical distance of more than 6 feet must still be adhered to.
- Sharing of  equipment shall be minimized or limit the use of equipment to one user at a time with a staff cleaning and disinfecting between use.
- Post signage at entrances about how to stop the spread of COVID-19, properly wash hands and practice other protective measures, as well as advising those with symptoms of illness to not enter.
- Post signage at entrances about rules for the facility, and ensure that all patrons are notified by email or other contact methods of new rules and changes in rules.
- Ensure that ventilation systems of indoor spaces operate properly.
  - Increase the circulation of outdoor air as much as possible by opening windows and doors.
- Where possible, implement one-way traffic for entrance to and egress from the facility.
- Ensure that all water systems like drinking fountains, decorative fountains, pools, and hot tubs are safe to use after a prolonged facility shut down to minimize the risk of Legionnaires' disease and other waterborne diseases.
- Encourage or require guests to bring their own water bottles and water.
  - Consider shutting down water systems like drinking fountains, decorative fountains, and hot tubs.
- Provide adequate supplies to support healthy hygiene behaviors, including soap, hand sanitizer with at least 60% alcohol, disinfecting wipes, tissues, and no-touch trash cans.
  - Provide access to soap and water for handwashing or an alcohol-based hand sanitizer at stations around the gym for use by employees and clients.
- Encourage or require guests to bring their own towels and mats. If mats are shared they must be sanitized by a staff member after use.
- Implement comprehensive sanitation protocols, including sanitizing gym equipment and mats, after every use.
  - Identify and, if possible, dedicate staff for cleaning and sanitizing.
  - Provide disposable disinfectant wipes, cleaner, or spray so that guests can wipe down frequently touched surfaces on gym equipment.
    - If feasible, provide each guest with their own sanitation spray bottle during their visit.
  - Wipe any pens, counters, or hard surfaces between each use, including after use by the customer.
  - Remove equipment that is difficult to clean, such as yoga blocks and foam rollers.
  - Consider limiting gym hours to allow for proper sanitation.
- Consider closing locker room areas.
  - If not closed, limit access to locker room areas to 25% of normal capacity, and have employees staff the area to enforce physical distancing.



**ARIZONA DEPARTMENT OF HEALTH SERVICES**

- Implement enhanced sanitization of locker rooms, showers and lockers, if utilized (e.g., at least every two hours for high-touch surfaces like handles, sinks).
- Require patrons to wipe down locker room amenities before and after use.
- Require patrons to provide their own lock for lockers (only applies to lockers who have removable locks).
- Must provide hand sanitation or hand washing stations in the locker rooms.
- Require employees and patrons to clean out day use lockers nightly to facilitate overnight deep cleaning processes (this does not apply to long term rented lockers).
- Ensure lockers available for use are at least 6 feet apart to allow for appropriate physical distancing, such as restricting access to 2-3 lockers in between every locker available for use.
  - Do not allow lockers available for use directly above or below other lockers.
  - Clearly mark usable lockers.
- Ensure patrons can remain physically distanced by at least 6 feet in showers or are physically separated by stalls or a barrier.
- Eliminate items that are shared by patrons, such as toiletries (shampoo, mouthwash, deodorant, etc). Instead, require patrons to bring their own toiletries from home.
- Encourage or require patrons to provide their own towels.
  - If towels must be provided, provide individual towels for each patron.
  - Patrons should be informed to not shake used towels and to discard used towels into appropriate bins.
  - Towels must be laundered and disinfected in between patrons.
- Use a system that separates the already cleaned and disinfected items from the items that need to be cleaned and disinfected.
- See additional CDC guidance and EPA guidance on cleaning and disinfecting.

The list of EPA-approved disinfectant products for use against the virus that causes COVID-19 can be accessed here.

**The Arizona Department of Health Services requires the following additional steps be taken for *staff*. Providers shall take measures to ensure these guidelines are followed:**

- Require sick employees to stay home and not return to work until they have met criteria to return to work.
  - Employees who appear to have symptoms or who become ill while at work should immediately be separated from others and sent home.
  - Document and communicate sick leave policies to employees and staff.
- Consider implementing flexible sick leave policies that permit adherence to public health isolation and quarantine guidance.



**ARIZONA DEPARTMENT
OF HEALTH SERVICES**

- Implement symptom screening or temperature checks  for employees prior to the start of their shift.
- Train all employees on appropriate cleaning and disinfection, hand hygiene, and respiratory etiquette.
- Ensure that all employees are notified of new facility rules and any changes in rules.
- Ensure that employees maintain more than 6 feet of separation from other individuals, when possible.
- Provide appropriate personal protective equipment (PPE) for employees in accordance with public health recommendations.
- Provide adequate supplies in employee workspaces to support healthy hygiene behaviors, including soap, hand sanitizer with at least 60% alcohol, disinfecting wipes, tissues, and no-touch trash cans.
- Enforce the use of disposable gloves while laundering towels and clothing and, in accordance with manufacturer's instructions, use the warmest allowable water temperature and ensure items are completely dried.
  - Do not shake used towels.
  - Clean and disinfect bins that hold used towels.
  - Wash hands right away after removing gloves and handling used towels.
- See Department of Labor and Occupational Safety and Health Administration (OSHA) COVID-19 guidance for employers and workers.


**For additional guidance on cleaning, visit CDC's Cleaning and Disinfecting Your Facility page and CDC's Reopening Guidance for Cleaning and Disinfecting Public Spaces, Workplaces, Businesses, Schools, and Homes.**

**For COVID-19 questions, please call the Arizona COVID-19 Hotline at:** 1-844-542-8201.