Brian A. Howie (026021)
brian.howie@quarles.com
**QUARLES & BRADY LLP**
Firm State Bar No. 00443100
One Renaissance Square
Two N. Central Ave.
Phoenix, AZ  85004-2391
Telephone:  (602) 229-5200

Alex M. Weingarten* (CA 204410)
amweingarten@venable.com
Celeste M. Brecht* (CA 238604)
cmbrecht@venable.com
Jeffrey K. Logan* (CA 136962)
jklogan@venable.com
Steven E. Swaney* (CA 221437)
seswaney@venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900

*Attorneys for Plaintiffs*
Xponential Fitness LLC, AKT Fitness, LLC,
Club Pilates Franchise, LLC,
CycleBar Franchising, LLC, PB Franchising,
LLC, Row House Franchise, LLC,
Stretch Lab Franchise, LLC and Yoga Six
Franchise, LLC

*Admitted Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xponential Fitness LLC, a Delaware limited liability company, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Douglas A. Ducey, Governor of the State of Arizona, in his official capacity; Arizona Department of Health Services; and Dr. Cara M. Christ, in her official capacity as the Director for the Arizona Department of Health Services,<br><br>Defendants. | Case No.: 2:20-cv-01310-DJH<br><br>**STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

QB\168534.00002\64480022.2

Plaintiffs Xponential Fitness LLC, AKT Franchise, LLC, Club Pilates Franchise, LLC, CycleBar Franchising, LLC, PB Franchising, LLC, Row House Franchise, LLC, Stretch Lab Franchise, LLC and Yoga Six Franchise, LLC (collectively, "Plaintiffs"), and Defendants Governor Douglas A. Ducey, the Arizona Department of Health Services, and Dr. Cara M. Christ, Director of ADHS ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly move the Court for an order setting the following extended briefing schedule on the pending motions to dismiss the First Amended Complaint filed by Governor Ducey [Dkt. No. 58] and ADHS and Dr. Christ [Dkt. No. 60]:

- Plaintiffs will file a single brief in opposition to both motions, not to exceed 30 pages, on or before September 18, 2020
- Defendants will file their reply briefs on or before October 2, 2020; and

This is the Parties' first request to modify the briefing schedule on the pending motions, and the requested modification will not affect any other dates or deadlines set by the Court in this matter.

The parties respectfully request that the Court enter the attached order continuing setting the foregoing briefing schedule on the pending motions to dismiss the First Amended Complaint as set forth above.

**QUARLES & BRADY LLP**

By */s/ Brian A. Howie*
Brian A. Howie
*Attorneys for Plaintiffs*
Xponential Fitness LLC, AKT Fitness, LLC, Club Pilates Franchise, LLC,  CycleBar Franchising, LLC, PB Franchising, LLC, Row House Franchise, LLC,  Stretch Lab Franchise, LLC and Yoga Six Franchise, LLC

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

1

QB\168534.00002\64480022.2

**SNELL & WILMER LLP**

By */s/ Brett W. Johnson*
    Brett W. Johnson
*Attorneys for Defendant*
Douglas A. Ducey, Governor of the State of Arizona, in his official capacity

**SHERMAN & HOWARD LLC**

By */s/ Gregory W. Falls*
    Gregory W. Falls
    Craig A. Morgan

*Attorneys for Defendants*
Arizona Department of Health Services, and Dr. Cara M. Christ, in her official capacity as Director of ADHS

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                                */s/ Kim Simmons*

QB\168534.00002\64480022.2