| | |
|---|---|
| 1 | Brian A. Howie (026021) |
| | brian.howie@quarles.com |
| 2 | **QUARLES & BRADY LLP** |
| | Firm State Bar No. 00443100 |
| 3 | One Renaissance Square |
| | Two N. Central Ave. |
| 4 | Phoenix, AZ  85004-2391 |
| | Telephone:  (602) 229-5200 |
| 5 | |
| | Alex M. Weingarten* (CA 204410) |
| 6 | amweingarten@venable.com |
| | Celeste M. Brecht* (CA 238604) |
| 7 | cmbrecht@venable.com |
| | Jeffrey K. Logan* (CA 136962) |
| 8 | jklogan@venable.com |
| | Steven E. Swaney* (CA 221437) |
| 9 | seswaney@venable.com |
| | **VENABLE LLP** |
| 10 | 2049 Century Park East, Suite 2300 |
| | Los Angeles, CA  90067 |
| 11 | Telephone:  (310) 229-9900 |
| 12 | *Attorneys for Plaintiffs* |
| | Xponential Fitness LLC, AKT Fitness, LLC, |
| 13 | Club Pilates Franchise, LLC, CycleBar |
| | Franchising, LLC, PB Franchising, LLC, Row |
| 14 | House Franchise, LLC, Stretch Lab |
| | Franchise, LLC and Yoga Six Franchise, LLC |
| 15 | |
| | *Admitted Pro Hac Vice |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xponential Fitness LLC, a Delaware limited liability company; AKT Franchise, LLC, a Delaware limited liability company; Club Pilates Franchise, LLC, a Delaware limited liability company; CycleBar Franchising, LLC, an Ohio limited liability company; PB Franchising, LLC, a Delaware limited liability company; Row House Franchise, LLC, a Delaware limited liability company; Stretch Lab Franchise, LLC, a Delaware limited liability company; Yoga Six Franchise, LLC, a Delaware limited liability company, | Case No.: 2:20-cv-01310- DJH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

|   |   |
|---|---|
| Plaintiffs, | |
| vs. | |
| Douglas A. Ducey, Governor of the State of Arizona, in his official capacity; Arizona Department of Health Services; and Dr. Cara M. Christ, in her official capacity as the Director for the Arizona Department of Health Services, | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Xponential Fitness LLC, AKT Franchise, LLC, Club Pilates Franchise, LLC, CycleBar Franchising, LLC, PB Franchising, LLC, Row House Franchise, LLC, Stretch Lab Franchise, LLC, and Yoga Six Franchise, LLC, and Defendants Douglas A. Ducey, Cara M. Christ, and the Arizona Department of Health Services (collectively, "the Parties"), hereby stipulate to the dismissal of the above-captioned action without prejudice. The Parties further stipulate that each Party is to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 11th day of September, 2020.

**QUARLES & BRADY LLP**
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By */s/ Brian A. Howie*
    Brian A. Howie

Alex M. Weingarten* (CA 204410)
amweingarten@venable.com
Celeste M. Brecht* (CA 238604)
cmbrecht@venable.com
Jeffrey K. Logan* (CA 136962)
jklogan@venable.com
Steven E. Swaney* (CA 221437)
seswaney@venable.com

-2-

**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

*Attorneys for Plaintiffs*
Xponential Fitness LLC, AKT Fitness, LLC, Club Pilates Franchise, LLC, CycleBar Franchising, LLC, PB Franchising, LLC, Row House Franchise, LLC, Stretch Lab Franchise, LLC and Yoga Six Franchise, LLC

*Admitted Pro Hac Vice

**SNELL & WILMER LLP**

By */s/ Brett W. Johnson* (with permission)
   Brett W. Johnson
*Attorneys for Defendant*
Douglas A. Ducey, Governor of the State of Arizona, in his official capacity

**SHERMAN & HOWARD LLC**

By */s/ Gregory W. Falls* (with permission)
   Gregory W. Falls
   Craig A. Morgan

*Attorneys for Defendants*
Arizona Department of Health Services, and Dr. Cara M. Christ, in her official capacity as Director of ADHS